■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK SCOTT, Appellant. [914 NYS2d 675]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 9, 2001 (*People v Scott*, 282 AD2d 996 [2001]), affirming a sentence of the Supreme Court, Kings County, imposed June 14, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL N. SMITH, Appellant. [914 NYS2d 682]—Appeal by the defendant from a judgment of the County Court, Nassau County (Grella, J.), rendered October 27, 2009, convicting him of burglary in the second degree (14 counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Leventhal, Belen and Cohen, JJ., concur.